Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **P10 Industries, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Active Power, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **74-2961657** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2128 West Braker Lane** <br> **BK-12** <br> **Austin, TX 78758** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Travis** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.p10industries.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _5511_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ■ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Why is the case filed in
      *this district*?**          *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or
      have possession of any
      real property or personal
      property that needs
      immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____

                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name        _____

          Phone               _____

---

██    **Statistical and administrative information**

**13.  Debtor's estimation of
      available funds**          .    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of
      creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2017** _____
             MM / DD / YYYY

**X** **/s/ Jay Powers** _____       **Jay Powers** _____
      Signature of authorized representative of debtor            Printed name

Title    **CFO** _____

---

**18. Signature of attorney**

**X** **/s/ Eric Terry** _____       Date   **March 22, 2017** _____
      Signature of attorney for debtor                       MM / DD / YYYY

**Eric Terry** _____
Printed name

**Eric Terry Law, PLLC** _____
Firm name

**4040 Broadway**
**Suite 350**
**San Antonio, TX 78209** _____
Number, Street, City, State & ZIP Code

Contact phone   **(210) 468-8274** _____       Email address   **eric@ericterrylaw.com** _____

**00794729** _____
Bar number and State

# P10 INDUSTRIES, INC.

---

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS

---

### March 21, 2017

Pursuant to Section 141(f) of the Delaware General Corporation Law, the undersigned, constituting all of the members of the board of directors (the "*Board*") of P10 Industries, Inc., a Delaware corporation formerly known as Active Power, Inc. (the "*Corporation*"), hereby adopts the following resolutions:

**WHEREAS**, on September 29, 2016, the Corporation, Piller USA, Inc. ("*Piller*"), and Langley Holding plc ("*Langley*") entered into an Asset Purchase Agreement (the "*Purchase Agreement*");

**WHEREAS**, pursuant to the Purchase Agreement, on November 19, 2016, Piller, a wholly owned subsidiary of Langley, purchased substantially all of the assets of the Corporation from the Corporation;

**WHEREAS**, the Purchase Agreement provided that the Corporation and Piller would enter into a sublease for the Corporation's headquarters facility located at 2128 W. Braker Lane, Austin, Texas (the "*Facility*"), which is leased by the Corporation pursuant to a lease agreement, dated September 27, 200, as amended, between the Corporation, as tenant and Levy Braker Associates, LLC, as landlord ("*Landlord*");

**WHEREAS**, the Landlord would not consent to the sublease to Piller, and the Corporation, Piller and Langley executed a letter agreement in which the parties waived the requirement that Piller and the Corporation enter into the sublease for the Facility prior to the closing under the Purchase Agreement, agreed to use their commercially reasonable efforts to reach a mutually agreeable solution to the issue of Piller's access to the Facility, Piller agreed to remit to the Corporation all rent and building and facilities expenses associated with the Facility for each month Piller has access to the Facility, and the Corporation agreed to retain the deferred rent expense liability associated with the Facility lease (the "*Lease Obligation*");

**WHEREAS**, the Corporation has continued to search for sources of financing its new strategy of protecting the Corporation's U.S. federal and state tax benefits and research and development credit carry-forwards and make acquisitions of profitable operations that could utilize its tax benefits;

**WHEREAS**, the Corporation has been unable to obtain financing from any sources other than the possibility of financing from 210/P10 Acquisition Partners, LLC, d/b/a 210/P10 Investment LLC ("*210*");

**WHEREAS**, as a condition of providing such financing, 210 has required that the Corporation resolve the Lease Obligation in a chapter 11 process;

**WHEREAS**, after consultation with counsel to the Corporation, management has recommended to the Board that the Corporation file a chapter 11 case, obtain financing from 210 and resolve the Lease Obligation to protect the assets and properties of the Corporation and to preserve the value of the Corporation for the benefit of its creditors, employees, stockholders and other interested parties and have requested the approval of the Board to make such filing;

**WHEREAS**, the Board has reviewed and considered the materials presented by the Corporation's management and the Corporation's legal advisors regarding the liabilities and liquidity of the Corporation, the alternatives available to it, and the impact of the foregoing on the Corporation's business; and

**WHEREAS**, the Board has had the opportunity to consult with the Corporation's management and the Corporation's legal advisors and fully consider each of the alternatives available to the Corporation.

### *Filing and Prosecution of Chapter 11 Bankruptcy Case*

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interest of the Corporation that the Corporation file or cause to be filed a voluntary petition (the "*Chapter 11 Petition*") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"); and it is further

**RESOLVED**, that, prior to the filing of the Chapter 11 Petition, the Corporation enter into that certain Restructuring Support Agreement, by and between the Corporation and 210, in substantially the form provided to the Board (the "*210 Support Agreement*"), and that certain Restructuring Support Agreement, by and between the Corporation and Langley (the "*Langley Support Agreement*," and together with the 210 Support Agreement, the "*Support Agreements*"); and be it further

**RESOLVED**, that the form, terms and provisions of the Support Agreements are hereby approved, adopted and confirmed, and that executive officers of the Corporation (collectively, the "*Authorized Officers*") be, and each of them hereby is, authorized and directed, for and in the name and on behalf of the Corporation, to execute and deliver, to the appropriate parties, the Support Agreements, substantially in the form submitted to and reviewed by the Board, with such changes therein or additions thereto as the Authorized Officer executing the same shall approve with the advice of legal counsel, the execution and delivery of such agreement by such Authorized Officer to be conclusive evidence of the approval of the Board thereof and all matters relating thereto; and be it further

**RESOLVED**, that the Authorized Officers be, and each hereby is, authorized and directed to execute and verify the Chapter 11 Petition and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas (the "*Bankruptcy Court*"), in such form and at such time on or after March 22, 2017 as such Authorized Officer(s) shall determine; and be it further

**RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to execute and file (or direct others to do so on behalf of the Corporation as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, including motions to be filed

-2-

and prosecuted pursuant to the terms of the 210 financing, lists, applications, pleadings, motions for use of cash collateral, financing agreements and security agreements and related documents, stipulations as needed under all sections of the Bankruptcy Code, a plan of reorganization and disclosure statement and other papers in connection with the chapter 11 case; and it is further

**RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to execute and file (or direct others to do so on behalf of the Corporation as provided herein) all necessary documents relating to the 210 financing, including, but not limited to, filing a securities purchase agreement, a loan agreement and a related promissory note, and a registration rights agreement, and performing any other action necessary for such financing by 210; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation and its Subsidiaries; and it is further

### *Authorization of Amendment to Rights Agreement; Delaware 203*

**WHEREAS,** the Board deems it advisable, and in the best interests of the Corporation, to take action to ensure that the Purchaser is no subject to certain restrictions applicable to business combinations.

**RESOLVED**, that the Corporation enter into an amendment to that certain Rights Agreement, dated as of June 15, 2016, between the Corporation and American Stock Transfer & Trust Company, LLC, as Right Agent, in the form distributed to the Board; and be it further

**RESOLVED**, that the form, terms and provisions of the amendment to the Rights Agreement is hereby approved, adopted and confirmed; and be it further

**RESOLVED**, that the restrictions applicable to business combinations contained in Section 203 of the DGCL be inapplicable to the execution, delivery and performance by the Corporation of the 210 Support Agreement and the Definitive Documentation (defined therein), and the consummation of the transactions contemplated thereby, including the issuance of shares of the Corporation capital stock to 210; and be it further

### *Employment of Professionals*

**RESOLVED**, that the law firm of Eric Terry, PLLC be, and hereby is, employed under general retainer as bankruptcy counsel for the Corporation in the chapter 11 case, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Eric Terry, PLLC; and it is further

**RESOLVED**, that the law firm of Reiter, Brunel & Dunn, PLLC be, and hereby is, employed under general retainer as corporate counsel for the Corporation in the chapter 11 case, and the

Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Reiter, Brunel & Dunn, PLLC; and it is further

### *General Authorizing Resolutions for Chapter 11*

**RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is authorized and directed, in the name of and on behalf of the Corporation, under the corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Corporation, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such Authorized Officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

**RESOLVED**, that all authorized acts, transactions, or agreements undertaken prior to the adoption of these resolutions by any officer of the Corporation in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of the Corporation; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to certify and attest any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of the Corporation.

### *Omnibus Resolutions*

**RESOLVED** that any of the appropriate officers of the Corporation be, and each of them hereby is, authorized (i) to prepare, execute, deliver and perform, as the case may be, such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, (ii) to pay or cause to be paid on behalf of the Corporation any related costs and expenses and (iii) to take such other actions, in the name and on behalf of the Corporation, as each such officer, in his discretion, shall deem necessary or advisable to complete and effect the foregoing transactions or to carry out the intent and purposes of the foregoing resolutions and the transactions contemplated thereby, the preparation, execution, delivery and performance of any such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, the payment of any such costs or expenses and the performance of any such other acts shall be conclusive evidence of the approval of the Board thereof and all matters relating thereto.

**RESOLVED** that all actions heretofore taken by the officers and directors of the Corporation with respect to the foregoing transactions and all other matters contemplated by the foregoing resolutions are hereby approved, adopted, ratified and confirmed.

*[Signature Page Follows]*

DocuSign Envelope ID: C5A6912A-4BEF-4D3C-85F7-2852B78B07FB

**IN WITNESS WHEREOF,** the undersigned has executed this Action by Unanimous Written Consent of the Board of Directors as of the date first set forth above, which may be executed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument. This action shall be filed with the minutes of the proceedings of this Board of Directors and shall be effective as of the date first above written. Any copy, facsimile or other reliable reproduction of this action may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used, provided that such copy, facsimile or other reproduction be a complete reproduction of the entire original writing.

Daryl Dulaney

Mark A. Ascolese

Stephen Clearman

**Fill in this information to identify the case:**

Debtor name    **P10 Industries, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __March 22, 2017__    X _/s/ Jay Powers_____
                                                 Signature of individual signing on behalf of debtor

                                                 **Jay Powers**
                                                 Printed name

                                                 **CFO**
                                                 Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **P10 Industries, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADP LLC 1851 N. Resler Dr. MS-100 El Paso, TX 79912** | | **Payoll Services** | | | | $0.00 |
| **American Stock Transfer 59 Maiden Lane Plaza Level New York, NY 10038** | | **Professional Services** | | | | $0.00 |
| **CPA Global 2318 Mill Rd 12th Floor Alexandria, VA 22314** | | **Professional Services** | | | | $0.00 |
| **Grant Thornton 1717 Main St. Ste. 1800 Dallas, TX 75201** | | **Professional Services** | | | | $15,000.00 |
| **HPI Corporate Services 3600 North Capital of Texas Hwy Building B, Suite 250 Austin, TX 78746** | | **Professional Services** | | | | $0.00 |
| **Langley Holdings, LLC Enterprise Way Retford Nottinghamshire DN22 7HH United Kingdom** | | **APA and non-residential real property lease** | **Contingent** | | | $0.00 |
| **Levy Braker 12 Associates, LLC 3701 Executive Center Dr. Suite 110 Austin, TX 78732** | | **Non residential lease** | **Contingent** | | | $5,937,993.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marketwired 100 N. Sepulveda Blvd. #325 El Segundo, CA 90245** | | **Trade debt** | | | | **$0.00** |
| **Metcalfe Wolfe Stuart & Williams, LLP 221 W. 6th St., Ste 1300 Austin, TX 78701** | | **Professional Services** | | | | **$1,726.00** |
| **NASDAQ Corporate Solutions One Liberty Plaza 49th Floor New York, NY 10006** | | **Website Hosting** | | | | **$0.00** |
| **Novelty Capital Group LLC 409 E. Main St. Ste. 200 Richmond, VA 23219** | | **Professional Services** | | | | **$0.00** |
| **OTC IQ 304 Hudson St. 3rd Floor New York, NY 10013** | | **Trade debt** | | | | **$0.00** |
| **PMB Helin Donovan 12301 Research Blvd. Ste. 160 Austin, TX 78759** | | **Professional Services** | | | | **$0.00** |
| **Pope Shamsie & Dooley LLP 4201 W. Parmer, Ste. B-200 Austin, TX 78727** | | **Professional Services** | | | | **$0.00** |
| **Rachelle Covington 3205 Bay Hill Lane Round Rock, TX 78664** | | **Professional Services** | | | | **$0.00** |
| **Vincent Serafino 1601 Elm Street Suite 4100 Dallas, TX 75201** | | **legal services** | | | | **$9,205.26** |

Debtor name  **P10 Industries, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................   $   0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................   $   4,932,363.37

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................   $   4,932,363.37

---

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................   $   0.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $   0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$   6,979,729.31

4.   **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b   |   $   6,979,729.31

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Lines 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Silicon Valley Bank** | **Checking** | **3987** | **$1,103,810.41** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | | **$1,103,810.41** |

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Levy Braker 12 Associates - Security deposit on Braker Facility Lease** | **$179,218.75** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| 8.1. | **Dubois Bryant & Campbell - Legal Retainer** | **$50,000.00** |
|---|---|---|

| 8.2. | Delaware franchise tax prepayment | $15,334.21 |
|------|-----------------------------------|-----------|

| 9. | **Total of Part 2.** | $244,552.96 |
|----|----------------------|-------------|
|    | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**     **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Two laptop computers** | | | |
| **One Server** | $4,000.00 | Tax records | $4,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

43. **Total of Part 7.**                                                              | **$4,000.00** |

    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br> **See attached Exhibit A** | **$0.00** | **Expert** | **$3,580,000.00** |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                                              | **$3,580,000.00** |

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,103,810.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $244,552.96 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,580,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,932,363.37 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,932,363.37 |

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name   **P10 Industries, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **ADP LLC** | ☐ Contingent | |
| | **1851 N. Resler Dr. MS-100** | ☐ Unliquidated | |
| | **El Paso, TX 79912** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Payoll Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **American Stock Transfer** | ☐ Contingent | |
| | **59 Maiden Lane** | ☐ Unliquidated | |
| | **Plaza Level** | ☐ Disputed | |
| | **New York, NY 10038** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Professional Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **CPA Global** | ☐ Contingent | |
| | **2318 Mill Rd** | ☐ Unliquidated | |
| | **12th Floor** | ☐ Disputed | |
| | **Alexandria, VA 22314** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Professional Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|
| | **Grant Thornton** | ☐ Contingent | |
| | **1717 Main St.** | ☐ Unliquidated | |
| | **Ste. 1800** | ☐ Disputed | |
| | **Dallas, TX 75201** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Professional Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HPI Corporate Services**
**3600 North Capital of Texas Hwy**
**Building B, Suite 250**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$301,373.77** |
|---|---|---|---|

**James A. Powers**
**141 Tanksley Circle**
**Georgetown, TX 78628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Severance plus benefits $298,143.00 plus expense plus 3 days of salary**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Langley Holdings, LLC**
**Enterprise Way**
**Retford**
**Nottinghamshire DN22 7HH**
**United Kingdom**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **APA and non-residential real property lease**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,937,993.00** |
|---|---|---|---|

**Levy Braker 12 Associates, LLC**
**3701 Executive Center Dr.**
**Suite 110**
**Austin, TX 78732**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Non residential lease**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$714,431.28** |
|---|---|---|---|

**Mark A. Ascolese**
**430 Allister Dr., #306**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **One year severance plus benefits $468,143.00; bonus due in cash of $240,975 and 185,365 of shares of P10 plus 3 days salary**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marketwired**
**100 N. Sepulveda Blvd. #325**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,726.00** |
|---|---|---|---|

**Metcalfe Wolfe Stuart & Williams, LLP**
**221 W. 6th St., Ste 1300**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**NASDAQ Corporate Solutions**
**One Liberty Plaza**
**49th Floor**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Website Hosting**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Novelty Capital Group LLC**
**409 E. Main St.**
**Ste. 200**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**OTC IQ**
**304 Hudson St.**
**3rd Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PMB Helin Donovan**
**12301 Research Blvd.**
**Ste. 160**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pope Shamsie & Dooley LLP**
**4201 W. Parmer, Ste. B-200**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rachelle Covington**
**3205 Bay Hill Lane**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,205.26** |
|---|---|---|---|

**Vincent Serafino**
**1601 Elm Street**
**Suite 4100**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **legal services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 6,979,729.31 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 6,979,729.31 |

Debtor name       **P10 Industries, Inc.**

United States Bankruptcy Court for the:       WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for American Stock Transfer to act as stock transfer agent** | |
| | State the term remaining | **indefinite** | **American Stock Transfer** <br> **59 Maiden Lane** <br> **Plaza Level** <br> **New York, NY 10038** |
| | List the contract number of any government contract | _____ | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Subleasing Listing Agreement expiring January 12, 2018** | |
| | State the term remaining | **10 months** | **HPI Corporate Services** <br> **3600 North Capital of Texas Hwy** <br> **Building B, Suite 250** <br> **Austin, TX 78746** |
| | List the contract number of any government contract | _____ | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential real property lease** | |
| | State the term remaining | **5 years** | **Levy Braker 12 Associates, LLC** <br> **3701 Executive Center Dr.** <br> **Suite 110** <br> **Austin, TX 78732** |
| | List the contract number of any government contract | _____ | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Patent Advisory Services** | |
| | State the term remaining | **expires November 22, 2017** | **Novelty Capital Group LLC** <br> **409 E. Main St.** <br> **Ste. 200** <br> **Richmond, VA 23219** |
| | List the contract number of any government contract | _____ | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Preparation of federal tax return** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | **Pope Shamsie & Dooley LLP**<br>**4201 W. Parmer, Ste. B-200**<br>**Austin, TX 78727** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting services regarding tax return and deregistering Active Power** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | **Rachelle Covington**<br>**3205 Bay Hill Lane**<br>**Round Rock, TX 78664** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Legal engagement for landlord/tenant issues** | |
|---|---|---|---|
| | State the term remaining | **Indefinite** | **Vincent Serafino**<br>**1601 Elm Street**<br>**Suite 4100**<br>**Dallas, TX 75201** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **P10 Industries, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City      State      Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City      State      Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City      State      Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City      State      Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$31,753,000.00** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$57,421,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **Rachelle Covington<br>3205 Bay Hill Lane<br>Round Rock, TX 78664** | **01/24/17,<br>2/10/17,<br>3/1/17, and<br>3/14/17** | **$16,650.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Grant Thornton LLP**<br>**1717 Main St.**<br>**Dallas, TX 75201** | 3/3/2017 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Novelty Capital Group LLC**<br>**409 E. Main St.**<br>**Ste. 200**<br>**Richmond, VA 23219** | 1/18/17 and<br>3/7/17 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **PMB Helin Donovan**<br>**12301 Research Blvd.**<br>**Ste. 160**<br>**Austin, TX 78759** | 2/24/17,<br>3/7/17 and<br>3/14/17 | $43,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Reiter, Brunel & Dunn, PLLC**<br>**6805 Capital of Texas Hwy N**<br>**Ste. 318**<br>**Austin, TX 78731** | 12/26/16,<br>1/6/17,<br>2/3/17, and<br>3/7/17 | $37,698.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **Vinson & Elkins**<br>**2801 Via Fortuna**<br>**Ste. 100**<br>**Austin, TX 78746** | 12/29/16 | $48,203.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **Pope Shamsie & Dooley**<br>**4201 W. Palmer, Ste. B-200**<br>**Austin, TX 78727** | 3/14/17 | $19,294.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **Arthur J. Gallager**<br>**221 W 6th St., #1980**<br>**Austin, TX 78701** | 2/2/17 | $40,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **CPA Global**<br>**2318 Mill Rd**<br>**12th Floor**<br>**Alexandria, VA 22314** | 3/7/17 | $6,909.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **Levy Braker 12 Associates, LLC**<br>**3701 Executive Center Dr.**<br>**Suite 110**<br>**Austin, TX 78732** | **1/3/17,**<br>**1/10/17,**<br>**1/24/17,**<br>**2/1/17, 3/1/17**<br>**and 3/2/17** | **$303,173.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease payments** |
| 3.11. **Workiva**<br>**2900 University Blvd.**<br>**Ames, IA 50010** | **1/11/17 and**<br>**2/24/17** | **$15,475.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Mark A. Ascolese**<br>**430 Allister Dr., #306**<br>**Raleigh, NC 27609**<br>**CEO** | **See Attached**<br>**Exhibit B**<br>**SOFA #4-1** | **$438,465.33** | **Salary and Expense**<br>**Reimbursement** |
| 4.2. **James A. Powers**<br>**141 Tanksley Circle**<br>**Georgetown, TX 78628**<br>**CFO** | **See Attached**<br>**Exhibit C**<br>**SOFA #4-2** | **$452,837.20** | **Salary, Bonus, Expense**<br>**Reimbursement and Stock**<br>**Compensation** |
| 4.3. **Daryl Dulaney**<br>**12615 Colliers Reserve Dr.**<br>**Naples, FL 34110**<br>**Board Member** | **11/16/16 and**<br>**3/14/17** | **$57,620.52** | **Board Fees and Expense**<br>**Reimbursements** |
| 4.4. **Robert Greenburg**<br>**4529 Wayland Dr.**<br>**Nashville, TN 37215**<br>**Board Member** | **11/17/16** | **$37,092.39** | **Board Fees** |
| 4.5. **James E De Venny**<br>**1605 SE 9th St.**<br>**Fort Lauderdale, FL 33316**<br>**Board Member** | **11/17/16** | **$31,793.48** | **Board Fees** |
| 4.6. **T. Patrick Kelly**<br>**509 Furlough Dr.**<br>**Austin, TX 78746**<br>**Board Member** | **11/17/16** | **$37,542.94** | **Board fees** |
| 4.7. **Peter Gross**<br>**403 20th St.**<br>**Santa Monica, CA 90402**<br>**Board Member** | **11/17/16** | **$30,027.17** | **Board Fees** |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8. **Steven Sams** 2901 NW 25th Terrace Boca Raton, FL 33434 **Board Member** | 11/16/16 | $26,076.62 | **Board Fees** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Eric Terry Law, PLLC**<br>**4040 Broadway**<br>**Suite 350**<br>**San Antonio, TX 78209** | **Retainer Paid $51,717.00**<br>**Prepetition Fees paid $33,917.00**<br>**Total Retainer Held at Time of Filing $17,800.00** | **Retainer paid 02/27/17** | **$51,717.00** |
| | Email or website address<br>**eric@ericterrylaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Langley Holdings, LLC**<br>**Enterprise Way**<br>**Retford Nottinghamshire**<br>**DN22 7HH United Kingdom** | **Sale of all business assets and liabilities for $1** | **11/19/16** | **$5,000,000.00** |
| | Relationship to debtor<br>**None** | | | |

---

**Part 7:**   **Previous Locations**

---

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Active Power, Inc. 401(k) Plan; Transferred to Piller on date of sale 11/19/16** | EIN:  **332489-01** |

Has the plan been terminated?
☐ No
■ Yes

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Silicon Valley Bank 504 Lavaca St., #1100 Austin, TX 78701** | **XXXX-4169** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **11/19/16 Transferred as part of sale of business** | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Silicon Valley Bank** 504 Lavaca St., #1100 Austin, TX 78701 | **XXXX-5782** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Clearing account for Lockbox Receipts** | **11/19/16 Transferred as part of sale of business** | **$0.00** |
| 18.3. | **Silicon Valley Bank** 504 Lavaca St., #1100 Austin, TX 78701 | **XXXX-3009** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Clearing Account for Stock Option Receipts** | **11/19/16 Transferred as part of sale of business** | **$0.00** |
| 18.4. | **Silicon Valley Bank** 504 Lavaca St., #1100 Austin, TX 78701 | **XXXX-4620** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Clearing Account for Flex Spending Clearance** | **11/19/16 Transferred as part of sale of business** | **$2,903.30** |
| 18.5. | **Silicon Valley Bank** 504 Lavaca St., #1100 Austin, TX 78701 | **XXXX-3380** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **11/19/16 Transferred as part of sale of business** | **$0.00** |
| 18.6. | **Silicon Valley Bank** 504 Lavaca St., #1100 Austin, TX 78701 | **XXXX-0502** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **Clearing Account for SVB Sweep** | **11/19/16 Transferred as part of sale of business** | **$2,604,865.69** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

  ■ No.
  ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

| | | | |
|---|---|---|---|
| 25.1. | **Active Power (Switzerland) AG** c/o Domanda Verwaltungs GmbH Baarerstrasse 43 6302 Zug | **Holding company of Active Power (Germany) GmbH** | EIN: **CHE-112.796.518** <br> From-To **2/17/06 - 11/19/16** |
| 25.2. | **Active Power Solutions Limited** Unit 1.2 Lauriston Business Park Pitchill Evesham Worcestershire WR11 8SN | **Sales and Service Subsidiary for Active Power** | EIN: **214/WZ93124** <br> From-To **8/23/07 - 11/19/16** |
| 25.3. | **Active Power (Germany) GmbH** An der Leege 22 37520 Osterode am Harz Osterode Germany | **Sales and Service Subsidiary for Active Power** | EIN: **232902920202027** <br> From-To **05/06/10 - 11/19/16** |
| 25.4. | **Active Power (Hong Kong) Limited** 36/F Tower Two Times Square 1 Matheson St. Causeway Bay    HK | **Holding Company of Active Power (Beijing) Co. Limited** | EIN: **1257064** <br> From-To **07/15/08 - 11/19/16** |
| 25.5. | **Active Power (Beijing) Co. Limited** Unit 06-07, 5th  Floor of Tower A No. 8, Jianguomennei Dajie, Dongcheng Di Beijing, China | **Sales and Service Subsidiary for Active Power** | EIN: **NA** <br> From-To **9/17/10 - 11/19/16** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **James A. Powers** 141 Tanksley Circle Georgetown, TX 78628 | **12/2013 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
     within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Grant Thornton** 700 Milliam St., Ste. 300 Houston, TX 77002 | **1/1/10 - 12/20/16** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **PMB Helin Donovan** **12301 Research Blvd.** **Ste. 160** **Austin, TX 78759** | **12/22/16 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **James A. Powers** **141 Tanksley Circle** **Georgetown, TX 78628** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daryl Dulaney** | **12615 Colliers Reserve Dr.** **Naples, FL 34110** | **Chairman of the Board** | |
| **Stephen Clearman** | **52 Garner Rd.** **Valatie, NY 12184** | **Board Member and Shareholder** | **15%** |
| **Mark A. Ascolese** | **430 Allister Dr., #306** **Raleigh, NC 27609** | **CEO and Board Member** | |
| **James A. Powers** | **141 Tanksley Circle** **Georgetown, TX 78628** | **CFO** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| T. Patrick Kelly | 509 Furlough Dr. Austin, TX 78746 | Board Member | 1/2013 - 11/22/16 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| James E De Venny | 1605 SE 9th St. Fort Lauderdale, FL 33316 | Board Member | 3/2008 - 11/23/16 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Robert Greenburg | 4529 Wayland Dr. Nashville, TN 37215 | Board Member | 3/2009 - 11/28/16 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Peter Gross | 403 20th St. Santa Monica, CA 90402 | Board Member | 2/2015 - 11/25/16 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Steven Sams | 2901 NW 25th Terrace Boca Raton, FL 33434 | Board Member | 2/2016 - 11/23/16 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **See Response to SOFA #4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

---

**Part 14:**    Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2017**

**/s/ Jay Powers**                                         **Jay Powers**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas

In re __P10 Industries, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| * See attached Supplemental Statement | | | |
| Aaron Hlusko<br>3010 Brass Buttons Tr.<br>Austin, TX 78734 | Common Stock | 100 | Shareholder |
| Active Power Inc RSP<br>Attn: Head of Relationship Mgmt<br>6201 15th Ave<br>Brooklyn, NY 11219 | Common Stock | 8340 | Shareholder |
| Andel J. Jowers<br>613 W. Gift Ave.<br>Peoria, IL 61604 | Common Stock | 9 | Shareholder |
| Arthur Lowenstein<br>PO Box 222<br>Garrison, NY 10524 | Common Stock | 68 | Shareholder |
| Arthur Odusanya CUST<br>Omagbeni Onipede<br>4104 Kern St.<br>Antioch, CA 94531 | Common Stock | 4 | Shareholder |
| Arthur Tricka<br>14 Dodd Hill Rd.<br>Hague, NY 12836 | Common Stock | 40 | Shareholder |
| Assyvo Capital Corp B V I<br>435 E 57th St<br>Apt 15A<br>New York, NY 10022 | Common Stock | 213 | Shareholder |
| AST Exchange Agent #14597<br>Active Power<br>6201 15th Ave.<br>Brooklyn, NY 11219 | Common Stock | 7350 | Shareholder |
| Benjamin Joseph Suhrstedt<br>9606 NE 425th St.<br>Woodland, WA 98674 | Common Stock | 20 | Shareholder |
| Bernina 2000<br>22 Church St.<br>Hamilton HM<br>Bermuda | Common Stock | 125 | Shareholder |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Betty Ann Richardson<br>1260 Wayne Way Rd. NW<br>Corydon, IN 47112 | Common Stock | 18 | Shareholder |
| Brett R. Sorensen<br>3186 S. 800 W<br>Syracuse, UT 84075 | Common Stock | 20 | Shareholder |
| BSD Inc<br>3091 Woodlane Cove<br>Germantown, TN 38138 | Common Stock | 362 | Shareholder |
| C. Kemmons Wilson Jr.<br>c/o Kemmons Wilson Inc.<br>8700 W. Trail Lake Dr., #300<br>Memphis, TN 38125 | Common Stock | 616 | Shareholder |
| Carol E. Touchstone<br>3829 Stratford<br>Dallas, TX 75205 | Common Stock | 76 | Shareholder |
| Cede & Co (Fast Account)<br>PO Box 20<br>Bowling Green Station<br>New York, NY 10004 | Common Stock | 23392247 | Shareholder |
| Chuck W. Yates<br>3805 W. Alabama<br>#4207<br>Houston, TX 77027 | Common Stock | 52 | Shareholder |
| Claude Roule c/o Newtek<br>Silic 583<br>8 Rue de L'Esterel<br>94663 Rungis Cedex<br>France | Common Stock | 190 | Shareholder |
| David Badger<br>2506 Lohman Ford Rd.<br>Lago Vista, TX 78645 | Common Stock | 28 | Shareholder |
| David Gautreau<br>105 N 9th St.<br>Fort Calhoun, NE 68023 | Common Stock | 1 | Shareholder |
| David K. Lewis<br>1616 Fairfield Dr.<br>Stillwater, OK 74074 | Common Stock | 128 | Shareholder |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re: __P10 Industries, Inc.__      Case No. _____

                Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Donald Hudson<br>4902 Rollingwood Dr.<br>West Lake Hills, TX 78746 | Common Stock | 1026 | Shareholder |
| Douglas Dean Cowan Jr.<br>PO Box 5266<br>Round Rock, TX 78683 | Common Stock | 585 | Shareholder |
| Edna Armstrong<br>2206 Willow Way<br>Round Rock, TX 78664 | Common Stock | 768 | Shareholder |
| Elliott J. Morenton<br>5338 Judalon Lane<br>Houston, TX 77056 | Common Stock | 1853 | Shareholder |
| Emily Moore Bragorgos Cust<br>Andrew Herbert Rhea Bragorgos<br>130 Grove Park Rd.<br>Memphis, TN 38117 | Common Stock | 50 | Shareholder |
| Eugene F. Briskman<br>20 Chapel St. C909<br>Brookline, MA 02446 | Common Stock | 53 | Shareholder |
| Frank A. Bernstein CUST<br>Taylow A Bernstein Under Unif Tran<br>Min Act<br>10436 Wake Robin Lake<br>Grand Blanc, MI 48439 | Common Stock | 45 | Shareholder |
| Fred Henegar<br>4102 Bluffside Ln<br>Round Rock, TX 78665 | Common Stock | 1 | Shareholder |
| Glynn Ingram<br>3049 Hill St.<br>Round Rock, TX 78664 | Common Stock | 54 | Shareholder |
| Harry Tobias<br>9880 Chantilly Point Lane<br>Lake Worth, FL 33467 | Common Stock | 40 | Shareholder |
| James Pumprey - Hillside House<br>Ivy Dean Ln.<br>Ash Urstwood<br>W Sussex England RH193TN<br>United Kingdom | Common Stock | 31 | Shareholder |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jamieson Karson**<br>**900 Third Ave.**<br>**13th Floor**<br>**New York, NY 10022** | **Common Stock** | **13** | **Shareholder** |
| **Janet Hyndman**<br>**PO Box 50258**<br>**Austin, TX 78763** | **Common Stock** | **86** | **Shareholder** |
| **Jason Scheffer**<br>**612 Ranchero Rd.**<br>**Leander, TX 78641** | **Common Stock** | **183** | **Shareholder** |
| **Jeanne Wilkinson**<br>**1226 Banbury Rd.**<br>**Raleigh, NC 27607** | **Common Stock** | **108** | **Shareholder** |
| **Joe Ayers**<br>**c/o Cumberland Securities**<br>**530 S. Gay St., Ste. 800**<br>**Knoxville, TN 37902** | **Common Stock** | **169** | **Shareholder** |
| **Joel A. Klarreich**<br>**175 E 96th St.**<br>**Apt 26G**<br>**New York, NY 10128** | **Common Stock** | **16** | **Shareholder** |
| **John & Elise Meadows**<br>**2903 Ridge Valley Rd. NW**<br>**Atlanta, GA 30327** | **Common Stock** | **1640** | **Shareholder** |
| **John C. Harlan**<br>**16727 Spotted Eagle Dr.**<br>**Leander, TX 78641** | **Common Stock** | **270** | **Shareholder** |
| **John Hardcastle**<br>**821 Fallon Lane**<br>**Leander, TX 78641** | **Common Stock** | **21** | **Shareholder** |
| **John Pearlstein CUST Jared Leonard**<br>**Unif Tran Min Act**<br>**624 Pembroke Rd.**<br>**Bryn Mawr, PA 19010** | **Common Stock** | **2** | **Shareholder** |
| **Joseph E. Gully**<br>**PO Box 116**<br>**Barry, IL 62312-0116** | **Common Stock** | **300** | **Shareholder** |

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joshua Ruch**<br>**Atlas Capital Holding LLC**<br>**4 Dune Rd.**<br>**East Quogue, NY 11942** | **Common Stock** | **1286429** | **Shareholder** |
| **Judith L. Lewis**<br>**1616 Fairfield Dr.**<br>**Stillwater, OK 74074** | **Common Stock** | **128** | **Shareholder** |
| **Judy A. Clark**<br>**6702 Saddle Ridge Rd.**<br>**Arlington, TX 76016** | **Common Stock** | **80** | **Shareholder** |
| **Kevin Faure**<br>**Rte 3 Box 641**<br>**Elgin, TX 78621** | **Common Stock** | **86** | **Shareholder** |
| **Kinderhook Partners, LP**<br>**2 Executive Dr.**<br>**Suite 585**<br>**Fort Lee, NJ 07024** | **Common Stock** | **3526597** | **Common Stock** |
| **Krasna B. Vojkovich**<br>**190 Chapman Rd.**<br>**Greenville, SC 29605** | **Common Stock** | **381** | **Shareholder** |
| **Lara Dobbs**<br>**1940 Covered Wagon Tr.**<br>**Crawford, TX 76638** | **Common Stock** | **108** | **Shareholder** |
| **Laurel Tower**<br>**4541 Wolf Rd.**<br>**Erie, PA 16505** | **Common Stock** | **20** | **Shareholder** |
| **Lewis R. Donelson III**<br>**165 Madison Ave.**<br>**Ste. 200**<br>**Memphis, TN 38103-2723** | **Common Stock** | **240** | **Shareholder** |
| **Link Shareholder Services LLC**<br>**6201 15th Ave.**<br>**Brooklyn, NY 11219** | **Common Stock** | **1** | **Shareholder** |
| **Melissa Tower**<br>**4541 Wolf Rd.**<br>**Erie, PA 16505** | **Common Stock** | **20** | **Shareholder** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael E. Stone**<br>**1504-B Dexter**<br>**Austin, TX 78704** | **Common Stock** | **237** | **Shareholder** |
| **Narotec Forschung-GMBH**<br>**Doetter/Straubinger GMBH**<br>**Haus G Eingang 19**<br>**Munich**<br>**Germany** | **Common Stock** | **532** | **Shareholder** |
| **Neil Botwinoff**<br>**325 E 72nd St**<br>**New York, NY 10021** | **Common Stock** | **15** | **Shareholder** |
| **O A & Linda McLeod**<br>**12504 Laramie Parke Cove**<br>**Austin, TX 78726** | **Common Stock** | **139** | **Shareholder** |
| **P10 Industries Treasury Account**<br>**2118 Braker Lane**<br>**BK12**<br>**Austin, TX 78758** | **Common Stock** | **176359** | **Shareholder** |
| **Pete Hlusko**<br>**604 Summerheim Dr.**<br>**Erie, PA 16505** | **Common Stock** | **20** | **Shareholder** |
| **R. Scott Ansen**<br>**222 1/2 E 49th St.**<br>**New York, NY 10017** | **Common Stock** | **1,000,000** | **Shareholder** |
| **Richard Hussey, Trustee**<br>**T M Hederman Trust**<br>**PO Box 242045**<br>**Memphis, TN 38124** | **Common Stock** | **1202** | **Shareholder** |
| **Robert A. Wilson**<br>**8700 Trail Lake Dr. W**<br>**#300**<br>**Memphis, TN 38125** | **Common Stock** | **480** | **Shareholder** |
| **Robert J. & Judith L. Montagne**<br>**121 Roosevelt Ave.**<br>**Cranford, NJ 07016** | **Common Stock** | **20** | **Shareholder** |
| **Robert S. Ellis Jr.**<br>**PO Box 50168**<br>**Austin, TX 78763-0168** | **Common Stock** | **2879** | **Shareholder** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re: __P10 Industries, Inc.__            Case No. _____

                                 Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert Worthington<br>2300 Peachford Rd.<br>Bldg. 2<br>Ste. 2250<br>Atlanta, GA 30338** | **Common Stock** | **240** | **Shareholder** |
| **Roger L. Hanke<br>1902 S. Renn<br>Fresno, CA 93727-6234** | **Common Stock** | **250** | **Shareholder** |
| **Ronald R. Stroh<br>4110 SE Hawthorne Blvd.<br>PMB #715<br>Portland, OR 97214** | **Common Stock** | **70** | **Shareholder** |
| **Samuel Zurier CUST Hannah Sophia<br>Zurier Unif Tran Min Act<br>330 Grotto Ave.<br>Providence, RI 02906** | **Common Stock** | **2** | **Shareholder** |
| **Samuel Zurier CUST Joseph Abraham<br>Zurier Unif Tran Min Act<br>330 Grotto Ave.<br>Providence, RI 02906** | **Common Stock** | **2** | **Shareholder** |
| **Samuel Zurier CUST Rachael Tamara<br>Zurier Unif Tran Min Act<br>330 Grotto Ave.<br>Providence, RI 02906** | **Common Stock** | **2** | **Shareholder** |
| **Sara Hlusko<br>604 Summerheim Dr.<br>Erie, PA 16505** | **Common Sotck** | **20** | **Shareholder** |
| **Shawn Joseph Suhrstedt CUST<br>Simon Patrick Suhrstedt<br>4550 Cherry Creek S Dr. #1906<br>Denver, CO 80246** | **Common Stock** | **20** | **Shareholder** |
| **Shawn Joseph Suhrstedt CUST<br>Benjamin Joseph Suhrstedt<br>9606 NE 425th St<br>Woodland, WA 98674** | **Common Stock** | **2** | **Shareholder** |
| **Sheikha Mariam Nasser Al Sabah<br>PO Box 433<br>Safat 13005<br>Kuwait** | **Common Stock** | **666** | **Shareholder** |

List of equity security holders consists of 9 total page(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sherry L. Nemeth**<br>**4600 Oak Creek Dr.**<br>**Austin, TX 78727** | **Common Stock** | **216** | **Shareholder** |
| **Spence Wilson**<br>**8700 W. Trail Lake Dr., #300**<br>**Memphis, TN 38125** | **Common Stock** | **683** | **Shareholder** |
| **Stephen Edley**<br>**9408 Leaning Rock Circle**<br>**Austin, TX 78730** | **Common Stock** | **270** | **Shareholder** |
| **Stephen J. Clearman**<br>**c/o Kinderhook Partners LP**<br>**2 Executive Dr.**<br>**Suite 585**<br>**Fort Lee, NJ 07024** | **Common Stock** | **4000** | **Shareholder** |
| **Stephen Rosenberg**<br>**1078 Seward Ave.**<br>**Westfield, NJ 07090** | **Common Stock** | **38** | **Shareholder** |
| **Stephen W. Bartow**<br>**11525 Stonehollow**<br>**#110**<br>**Austin, TX 78758** | **Common Stock** | **54** | **Shareholder** |
| **Steve Bartow**<br>**8000 Persimmon Tr.**<br>**Austin, TX 78745** | **Common Stock** | **27** | **Shareholder** |
| **Steven R. Jones**<br>**665 Indian Springs Rd.**<br>**Georgetown, TX 78628** | **Common Stock** | **172** | **Shareholder** |
| **Stuart B. Newman**<br>**5261 Fieldstone Rd.**<br>**Bronx, NY 10471** | **Common Stock** | **7** | **Shareholder** |
| **The Ansen Foundation**<br>**222 1/2 E 49th St.**<br>**New York, NY 10017** | **Common Stock** | **100000** | **Shareholder** |
| **Thomas I. Smith**<br>**32 Randell Terrace Dr.**<br>**Denison, TX 75020** | **Common Stock** | **108** | **Shareholder** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Timothy F. Butzen<br>N7288 Hickory Tree Rd.<br>Plymouth, WI 53073** | **Common Stock** | **17** | **Shareholder** |
| **Timothy R. Hasselbach<br>52 Beacon Rd.<br>Glenmont, NY 12077** | **Common Stock** | **10** | **Shareholder** |
| **Ulrich Otto<br>General Manager<br>50968 Cologne<br>Germany** | **Common Stock** | **1463** | **Shareholder** |
| **Vincent Syracuse<br>76 Trumbull Rd.<br>Manhasset, NY 11030** | **Common Stock** | **19** | **Shareholder** |
| **William Andrew Moss<br>1407 Candlelight Lane<br>Houston, TX 77018** | **Common Stock** | **9** | **Shareholder** |
| **William B. Weatherby<br>3111 Patrick Henry Dr. #630<br>Falls Church, VA 22044** | **Common Stock** | **58** | **Shareholder** |
| **William F. Indoe<br>125 Broad St.<br>33rd Floor<br>New York, NY 10004** | **Common Stock** | **933** | **Shareholder** |
| **William R. Goff<br>500 Crescent Court<br>Ste. 270<br>Dallas, TX 75201** | **Common Stock** | **114** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 22, 2017**            Signature    **/s/ Jay Powers**
                                                      **Jay Powers**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re    __P10 Industries, Inc.__                                Case No. _____

                                           Debtor(s)            Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __March 22, 2017__                  __/s/ Jay Powers__
                                              __Jay Powers__/__CFO__
                                              Signer/Title

210/P10 Acquisition Partners, LLC
8214 Westchester Dr., Ste 950
Dallas, TX 75225


ADP LLC
1851 N. Resler Dr. MS-100
El Paso, TX 79912


American Stock Transfer
59 Maiden Lane
Plaza Level
New York, NY 10038


CPA Global
2318 Mill Rd
12th Floor
Alexandria, VA 22314


Gary Wright
Asst. United States Attorney
601 NW Loop 410
Ste. 600
San Antonio, TX 78216


Grant Thornton
1717 Main St.
Ste. 1800
Dallas, TX 75201


HPI Corporate Services
3600 North Capital of Texas Hwy
Building B, Suite 250
Austin, TX 78746


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


James A. Powers
141 Tanksley Circle
Georgetown, TX 78628

Jarom J. Yates
Haynes and Boone, LLP
2323 Victory Ave., Ste. 700
Dallas, TX 75219


Langley Holdings, LLC
Enterprise Way
Retford
Nottinghamshire DN22 7HH
United Kingdom


Levy Braker 12 Associates, LLC
3701 Executive Center Dr.
Suite 110
Austin, TX 78732


Mark A. Ascolese
430 Allister Dr., #306
Raleigh, NC 27609


Marketwired
100 N. Sepulveda Blvd. #325
El Segundo, CA 90245


Metcalfe Wolfe Stuart & Williams, LLP
221 W. 6th St., Ste 1300
Austin, TX 78701


NASDAQ Corporate Solutions
One Liberty Plaza
49th Floor
New York, NY 10006


Novelty Capital Group LLC
409 E. Main St.
Ste. 200
Richmond, VA 23219


OTC IQ
304 Hudson St.
3rd Floor
New York, NY 10013

PMB Helin Donovan
12301 Research Blvd.
Ste. 160
Austin, TX 78759


Pope Shamsie & Dooley LLP
4201 W. Parmer, Ste. B-200
Austin, TX 78727


Rachelle Covington
3205 Bay Hill Lane
Round Rock, TX 78664


Robert D. Albergotti
Haynes and Boone, LLP
2323 Victory Ave., Ste. 700
Dallas, TX 75219


Securities and Exchange Commission
Fort Worth Regional Office
801 Cherry St.
Suite 1900, Unit 18
Fort Worth, TX 76102


Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
PO Box 13528 Capitol Station
Austin, TX 78711-3528


Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 E 15th Street
Austin, TX 78778


The Delaware Dept of State
Division of Corporations
PO Box 898
Dover, DE 19903


Vincent Serafino
1601 Elm Street
Suite 4100
Dallas, TX 75201